IN THE SUPREME COURT OF TEXAS

 No. 11-0246

 IN RE SHARON PEEBLES

 On Petition for Writ of Habeas Corpus

ORDERED:

 1. Relator's motion for emergency temporary relief, filed April 6,
2011, is granted. The October 7, 2010 Order Holding Respondent in Contempt
and for Commitment to County Jail in Cause No. 2005-40129, styled In the
Interest of N.D., A Child, in the 309th District Court of Harris County,
Texas, is stayed pending further order of this Court.
 2. The petition for writ of habeas corpus remains pending before
this Court.

 Done at the City of Austin, this April 13, 2011.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk